IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ROY G. BROWN, JR.                )
                                 )
v.                               ) NO. 3:10-0301
                                 ) JUDGE CAMPBELL
FEDEX FREIGHT, INC.              )

ORDER

Pending before the Court is Plaintiff's Motion for Remand (Docket No. 7). For the reasons stated in the accompanying Memorandum, Plaintiff's Motion is GRANTED, and this action is remanded to the Circuit Court for Davidson County, Tennessee.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE